# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Howell,<br><br>        Plaintiff,<br><br>v.<br><br>Clever SRL, et al.,<br><br>        Defendants. | No. CV-24-01028-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice, filed on November 19, 2024. (Doc. 16). For good cause shown in the Stipulation,

**IT IS ORDERED approving** the Stipulation (Doc. 16) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 19th day of November, 2024.

_Honorable Stephen M. McNamee_
Senior United States District Judge